Filed 6/17/21  P. v. Thatcher CA5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE, | F081408 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. LF012394B) |
| RYAN EUGENE THATCHER, | **OPINION** |
| Defendant and Appellant. | |

-ooOoo-

## THE COURT[*]

APPEAL from a judgment of the Superior Court of Kern County.  John R. Brownlee, Judge.

Aaron J. Schechter, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

[*]    Before Peña, Acting P.J., Smith, J. and Snauffer, J.

Appointed counsel for appellant Ryan Eugene Thatcher asked this court to review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).) Thatcher was advised of his right to file a supplemental brief within 30 days of the date of filing of the opening brief. To date, he has not done so. Finding no arguable error that would result in a disposition more favorable to Thatcher, we affirm.

## BACKGROUND

On January 15, 2019, Thatcher and his codefendants, Johnny Maclean and Trent Vangelder, robbed a Mobil Gas Station attendant at gunpoint.

On August 30, 2019, the Kern County District Attorney's Office filed an information charging Thatcher with second degree robbery (Pen. Code,[1] § 212.5, subd. (c), count 1); and conspiracy to commit second degree robbery (§ 182, subd. (a)(1), count 2). As to count 1, the information further alleged Thatcher was personally armed with a firearm during the commission of the offense (§ 12022, subd. (c)), that he used a firearm during the commission of the offense (§ 12022.53, subd. (b)); and that he personally used a firearm (§ 12022.5, subd. (a)).

On February 25, 2020, Thatcher entered an open plea of no contest to all counts and enhancements alleged in the information.

On July 2, 2020, the trial court sentenced Thatcher to a total prison term of nine years. Thatcher received the upper term of five years on count 1, and four years for the personal use of a firearm (§ 12022.5, subd. (a)). The remaining enhancements were stricken. On count 2, the trial court imposed a term of two years, which was stayed pursuant to section 654. The trial court also imposed various fines and fees.

---

[1]    Undesignated statutory references are to the Penal Code unless otherwise indicated.

On July 8, 2020, Thatcher filed a timely notice of appeal.  He did not request a certificate of probable cause.

## DISCUSSION

Thatcher's appellate counsel has filed a *Wende* brief with this court.  The brief includes the declaration of appellate counsel indicating that Thatcher was advised he could file his own brief with this court.  By letter on September 21, 2020, we invited Thatcher to submit a letter containing "any grounds on appeal that [he] want[ed] this court to consider."  To date, he has not done so.  After independent review of the record, we find that no reasonably arguable factual or legal issues exist.

## DISPOSITION

The judgment of conviction is affirmed.